UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NASRULLAH JAN SAHAF,<br><br>　　　　　Defendant. | No. CV 21-09665 JAK<br><br>[CR 20-0429-JAK]<br><br>**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT [28 U.S.C. § 3205(c)(1)]**<br><br>　and<br><br>**ORDER TO ISSUE CLERK'S NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT [28 U.S.C. §3202(b)]**<br><br>JS-6 |

The Court, having considered the application of plaintiff United States of America for an Order directing the Clerk of the Court to issue a writ of continuing garnishment and a Clerk's notice of continuing garnishment against defendant-judgment debtor Nasrullah Jan Sahaf ("Defendant"), for nonexempt disposable earning paid by each garnishee, and it appearing to the Court that the issuance of such is proper under the circumstances of this case, IT IS ORDERED that:

(1) The Clerk of the Court shall issue a writ of continuing garnishment with respect to garnishees Secure Techdesk Nevada LLC and Spark Managed Business Consultancy; and

(2) The Clerk of the Court shall issue a Clerk's notice of continuing postjudgment garnishment to Defendant by signing the forms submitted by the United States.

DATED:  December 20, 2021

_____
John A. Kronstadt
United States District Judge

1